```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 05 B 64171
    SEBASTIAN Q WEAVER
                                               CHAPTER 13

                                               JUDGE: JACQUELINE P COX

          Debtor
    SSN XXX-XX-5359


------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 12/23/2005 and was confirmed 04/10/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 08/29/2007.
------------------------------------------------------------------------
CREDITOR NAME               CLASS           CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                                PAID           PAID
------------------------------------------------------------------------
CHASE HOME FINANCE LLC   CURRENT MORTG           .00             .00             .00
CHASE HOME FINANCE LLC   MORTGAGE ARRE           .00             .00             .00
DAIMLER CHRYSLER FINANCI SECURED            33639.98         4020.17        33639.98
INTERNAL REVENUE SERVICE PRIORITY            7378.07          876.10         7378.07
B-LINE LLC               UNSEC W/INTER        563.08           66.88          563.08
ADT EDISON SECU          UNSEC W/INTER NOT FILED               .00             .00
CAPITAL ONE BANK         UNSEC W/INTER NOT FILED               .00             .00
LVNV FUNDING LLC         UNSEC W/INTER        482.88           57.37          482.88
HARRIS & HARRIS LTD      UNSEC W/INTER NOT FILED               .00             .00
HOUSEHOLD BANK           UNSEC W/INTER NOT FILED               .00             .00
MONOGRAM BANK USA        UNSEC W/INTER NOT FILED               .00             .00
NCO FINANCIAL SYSTEMS IN UNSEC W/INTER NOT FILED               .00             .00
NORDSTROM FSB            UNSEC W/INTER        541.24           64.23          541.24
OAK BROOK BK             UNSEC W/INTER NOT FILED               .00             .00
PEOPLES GAS LIGHT & COKE UNSEC W/INTER       1321.17          156.93         1321.17
VERIZON                  UNSEC W/INTER        748.67           88.92          748.67
JEFFERSON CAPITAL SYSTEM UNSEC W/INTER        887.69          105.44          887.69
KRISTA WEAVER            NOTICE ONLY   NOT FILED               .00             .00
INTERNAL REVENUE SERVICE SECURED             3384.89            .00          3384.89
INTERNAL REVENUE SERVICE UNSEC W/INTER       1572.17          186.75         1572.17
DAIMLERCHRYSLER FINANCIA NOTICE ONLY   NOT FILED               .00             .00
DAVID M SIEGEL           DEBTOR ATTY       2,539.00                         2,539.00
TOM VAUGHN               TRUSTEE                                            4,042.02
DEBTOR REFUND            REFUND                                            42,643.81

          Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                        RECEIPTS             DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                 105,367.46

PRIORITY                                       7,378.07

                PAGE  1 - CONTINUED ON NEXT PAGE
           CASE NO. 05 B 64171 SEBASTIAN Q WEAVER
```

```
       INTEREST                                              876.10
SECURED                                                   37,024.87
       INTEREST                                            4,020.17
UNSECURED                                                  6,116.90
       INTEREST                                              726.52
ADMINISTRATIVE                                             2,539.00
TRUSTEE COMPENSATION                                       4,042.02
DEBTOR REFUND                                             42,643.81
                                    ----------------    ----------------
TOTALS                                   105,367.46          105,367.46
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                       /s/ Tom Vaughn
   Dated: 11/29/07                     _____
                                       TOM VAUGHN
                                       CHAPTER 13 TRUSTEE




                           PAGE   2
         CASE NO. 05 B 64171 SEBASTIAN Q WEAVER